# Court of Appeals
# of the State of Georgia

ATLANTA, May 08, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1150. SCOTT v. THE STATE.**

This appeal was docketed on February 7, 2025, making the appellant's brief containing enumerations of error due February 27, 2025. See Court of Appeals Rule 23 (a). The appellant has failed to file a brief to date. Accordingly, the appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/08/2025

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*